# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CHRISTOPHER J. SMITH,**

      Plaintiff,

  -vs-　　　　　　　　　　　　　　　　**Case No. 15-C-228**

**JP MORGAN CHASE BANK, N.A.,**

      Defendant.

## DECISION AND ORDER

The *pro se* plaintiff, Christopher J. Smith, requests leave to proceed *in forma pauperis* in connection with his claim against JP Morgan Chase Bank, N.A., under the Fair Credit Reporting Act.

In his financial affidavit, Smith lists his after-tax income as $8,500 (the Court takes this to mean his yearly, not monthly, income). Smith's monthly expenses are $530, and most importantly, he does not have enough money in his checking account to prepay the $400 filing fee to commence this lawsuit. Therefore, Smith will be allowed to proceed IFP. 28 § U.S.C. 1915(a).

**IT IS HEREBY ORDERED THAT** Smith's motion to proceed IFP [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the U.S. Marshals Service shall serve a copy of the complaint, a waiver of service form and/or the summons,

the magistrate judge consent/refusal form, and this order upon the defendant pursuant to Fed. R. Civ. P. 4. Plaintiff is advised that Congress requires the U.S. Marshals Service to charge for making or attempting to make such service. 28 U.S.C. § 1921. The full fee schedule is provided at 28 C.F.R. § 0.114(a)(2)-(3).

Plaintiff is notified that he is required, under Fed. R. Civ. P. 5(a), to send a copy of every paper or document filed with the Court to the opposing parties or their attorney(s). In addition, the parties must notify the Clerk of Court's office of any change of address.

Dated at Milwaukee, Wisconsin, this 5th day of March, 2015.

**BY THE COURT:**

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**